AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-191 |
| Brandon Pettit | ) Assigned To : Judge G. Michael Harvey |
| | ) Assign. Date : 5/31/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Brandon Pettit
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds.
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds.
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds.
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:  05/31/2024

*Issuing officer's signature*

City and state:   Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  5-31-2024 , and the person was arrested on *(date)*  6-3-2024
at *(city and state)*  Richmond, Virginia

Date:  6-3-2024

*Arresting officer's signature*

SA Jamil Johnson
*Printed name and title*